UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARK NEEDELMAN,

                          Plaintiff,

-against-

OTIS ELEVATOR COMPANY, INC.,

                         Defendant.

------------------------------------- x

ORDER

18 Civ. 7157 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for an extension of time to complete discovery and for an adjournment of the initial conference, (ECF Nos. 25, 26), is GRANTED.

The discovery deadline is hereby extended to April 10, 2020. The initial conference is adjourned from February 12, 2020 to April 15, 2020 at 9:30 am.

Dated: New York, New York
       January 31, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge