UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MARK NEEDELMAN,

                     Plaintiff,

    -against-

OTIS ELEVATOR COMPANY, INC.,

                    Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 16 2021

ORDER

18 Civ. 7157 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

The February 24, 2021 conference is canceled.

Dated: New York, New York
       February 16, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge