# RAYMOND NARDO, P.C.
### ATTORNEY AT LAW
129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

March 11, 2021

BY ECF

Hon. Judge George B. Daniels
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square / Courtroom 11A
New York, NY 10007

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

Date: MAR 15 2021

Re: *Needelman v. Otis Elevator Company, Inc.*
18-7157 (GBD)

Hon. Judge Daniels,

I represent the plaintiff in the above matter. The parties are in the process of finalizing the settlement agreement and jointly request that the date to restore the matter to the calendar, previously set for March 16, 2021 (Dkt. #37), be advanced to April 16, 2021, so that the parties may consummate this matter and then submit a Stipulation of Discontinuance, with prejudice, on or before April 16, 2021. Defendant consents to the substance of this letter.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
cc: Howard Wexler, Esq. (by ECF)